IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SOUTHERN OHIO PAINTERS HEALTH & WELFARE FUND, et al., | * * * | Case No. 1:20-cv-624 |
| | * | Judge Michael R. Barrett |
| Plaintiffs, | * * | |
| - vs - | * * | |
| UCL, INC., | * * | |
| Defendant. | * | |

DEFENDANT'S MOTION FOR LEAVE TO FILE ANSWER OUT OF TIME

Comes now Defendant, UCL, Inc., and respectfully requests that the Court grant it leave to file its Answer out of time. The grounds for this motion are set forth in the Memorandum below.

s/ Donald P. Morrisroe
DONALD P. MORRISROE (0006974)
GOODMAN & MORRISROE
455 Delta Avenue, Suite 102
Cincinnati, Ohio 45226
Phone: 513-621-1505
Fax: 513-621-6900
Email: dmorrisroe@goodlaw.com
Attorneys for Defendant

MEMORANDUM

Shortly after this lawsuit was filed, Plaintiffs and Defendant fully resolved all claims with respect to the 2018 plan year. Hence, Plaintiffs' remaining claims relate to the 2019 plan year,

- 2 -

and the audit for 2019 has not yet been completed.  Defendant is hopeful that after the audit for the 2019 plan year has been completed, the parties will be able to amicably resolve that claim as well.

This motion is not being filed for purposes of delay, and there is a strong preference in the court system for lawsuits to be decided on their merits.  A copy of Defendant's Answer is tendered herewith as Exhibit A for the Court's reference.

WHEREFORE, Defendant UCL, Inc. requests that the Court grant its motion and allow it to file its Answer out of time.

        Respectfully submitted,

        s/  Donald P. Morrisroe
        DONALD P. MORRISROE (0006974)
        GOODMAN & MORRISROE
        455 Delta Avenue, Suite 102
        Cincinnati, Ohio 45226
        Phone:  513-621-1505
        Fax:  513-621-6900
        Email:  dmorrisroe@goodlaw.com
        Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

        s/  Donald P. Morrisroe
        DONALD P. MORRISROE (0006974)
        GOODMAN & MORRISROE